1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724



**FILED**

NOV 1 0 2005



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR. No. S-2:05-CR 00489
                                )
            Plaintiff,          )   ORDER TO SEAL
                                )   (UNDER SEAL)
      v.                        )
                                )
ARJONDERPAL SINGH SEKHON,       )
                                )
            Defendant.          )
_____)

The Court hereby orders that the Indictment, the Petition of R. STEVEN LAPHAM, Assistant U.S. Attorney's, to Seal the Indictment, and Order dated in the above-referenced case shall be sealed until the arrest of the defendant or until further order of the Court.

SO ORDERED.

DATED: 11/10/05

_____
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1

FILED

NOV 10 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR. No. S-2:05-CR 00489 EJG
                                )
            Plaintiff,          )
                                )
       v.                       )
                                )
SEALED,                         )
                                )
            Defendant.          )
_____)

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: 11/10/05

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1