1 | McGREGOR W. SCOTT
United States Attorney
2 | S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
3 | 501-I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2738





5

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )    CR No. 05-489 EJG
                                          )
12 |            Plaintiff,               )
                                          )    MOTION TO DISMISS INDICTMENT
13 |    v.                               )    AND [~~PROPOSED~~ ORDER]
                                          )
14 | ARJINDERPAL SEKHON,                 )
                                          )
15 |            Defendant.               )
_____)

16

17 | MOTION

18 |    Pursuant to Rule 48(a) of the Federal Rules of Criminal

19 | Procedure, plaintiff United States of America, by and through its

20 | undersigned attorney, hereby moves this Honorable Court for an Order

21 | dismissing the Indictment filed against defendant and unsealing this

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

1

1   matter.

2   DATED: October 8, 2008                    McGREGOR W. SCOTT
                                             United States Attorney
3

4                                       By   _____
                                             S. ROBERT TICE-RASKIN
5                                            Assistant U.S. Attorney

6                       [PROPOSED] ORDER

7   IT IS SO ORDERED.

8   DATED: October 9, 2008

9

10                                           _____
                                             EDWARD J. GARCIA
11                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2